## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

GAYLE CROOM,
        Plaintiff,

v.                                        Case No. 2:13-CV-02096-JAR-KGG

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

## SATISFACTION OF JUDGMENT

COMES NOW Plaintiff, Gayle Croom, by and through counsel, J. Mark Meinhardt, and gives notice that Judgment in the amount of $2,681.31 has been received from Defendant NCO Financial Systems, Inc. in the above referenced action and thereby judgment in this matter is satisfied in full.

                                Respectfully submitted:
                                Gayle Croom
                                By Counsel,

                                By: /s/ J. Mark Meinhardt
                                J. Mark Meinhardt #20245
                                9400 Reeds Road, Suite 210
                                Overland Park, KS 66207
                                Office: (913) 451-9797
                                Email: mark@meinhardtlaw.com
                                ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed and emailed to the following on this 11th day of June 2013:

Paul M. Croker
Wallace, Saunders, Austin, Brown & Enochs, Chtd.
10111 West 87th Street
Overland Park, KS 66212
Email: pcroker@wallacesaunders.com
Telephone: 913-888-1000
Facsimile: 913-888-1065
*Attorneys for Defendant*
*NCO Financial Systems, Inc.*

                                                /s/ J. Mark Meinhardt_____
                                                J. Mark Meinhardt